**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: | : | Case No: 06-52589 |
| PEDRO A AYALA JR | | |
| JENNIFER L AYALA | : | Chapter 13 |
| | : | Judge: C KATHRYN PRESTON |

## NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the Registry Fund.

Dated:  July 19, 2011                    /s/ Frank M. Pees
                                         _____
                                         Frank M. Pees
                                         Chapter 13 Trustee

| **Name and Address** | **Amount** |
|---|---|
| NEUROLOGICAL ASSOCIATES INC<br>931 CHATHAM LN #200<br>COLUMBUS, OH  43221 | 15.00 |